154 A.3d 677

JOSEPH LASSANDRO, PLAINTIFF-PETITIONER, v. THE PEP BOYS-MANNY MOE & JACK (A/K/A PEP BOYS EATONTOWN, PEP BOYS HQ), DEFENDANT-RESPONDENT, AND ROTARY LIFT VEHICLE SERVICES GROUP, INC., AND STEPHEN GRAGA CONSTRUCTION, INC., DEFENDANTS, AND CHALLENGER LIFTS, INC. AND SERVALL, DEFENDANTS.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001897-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 678

JENNIFER POST, PLAINTIFF-RESPONDENT, v. LOUIS GIBSON, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001214-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.